```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-18-06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,               :
                                        :
              Plaintiff,         :
                                        :
     v.                               :
                                        :
DAVID WAECHTER,                         :
                                        :
              Defendant.         :
-----------------------------------------------------------x

**ORDER**

06 Civ. 1777 (LBS)

SAND, J.

      The Complaint in this case was filed on March 7, 2006. The 120 day period for service of process has now expired. Per Rule 4(m) of the Federal Rules of Civil Procedure, this Court directs that Plaintiff show cause by August 15, 2006 why this case should not be dismissed.

SO ORDERED.

Dated:  New York, NY
         July __/__, 2006

                                                                                  _____
                                                                                  U.S.D.J.