

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

August 10, 2006



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-15-06
```

By Hand

Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. David Waechter
    06 Cv 1777 (LBS)

Dear Judge Sand:

    Pursuant to the July 18, 2006, order in the above-referenced case, we write to inform the Court that the defendant filed a petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (In re David Lawrence Waechter Sr., 06-11339). Pursuant to 11 U.S.C. § 362, the Government is automatically stayed from continuing judicial proceedings against the defendant.

    The Government respectfully requests that the Court suspend the matter until the conclusion of the bankruptcy proceedings. In addition, the Government will inform the Court of the status of the bankruptcy proceedings every 60 days.

    Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
Telephone: (718) 422-5371

*[Handwritten endorsement:]* Endorsement — Case placed on suspense calendar. Gov't to report status every 60 days. So ordered. Sand 8/14/06 USDJ

**MEMO ENDORSED**