```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-15-06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA

                              06 CIV. 1777 (LBS)

              Plaintiff(s),

-against-

DAVID WAECHTER                   ORDER

              Defendant(s).

----------------------------------X

SAND, J.

      It is hereby ordered that this action be transferred to the suspense docket of this Court, subject to reinstatement to the active docket upon the written request of any party.

      This order is entered for the following reason(s): Defendant filed a Petition under Chapter 7 of the Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of N.Y.

      The parties are to advise the Court in writing of the status of this action every sixty (60) days.

      SO ORDERED.

Dated:   New York, New York
          August 15, 2006

                                                        U.S.D.J.