MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
FAX No.: (212) 637-2717

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,              :

        Plaintiff,                         :          NOTICE OF DISMISSAL

- v. -                                 :          06 Civ. 1777 (LBS)

DAVID WAECHTER,                        :

        Defendant.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        No answer having been filed, the above-entitled action is hereby dismissed by the plaintiff, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York

      August 30, 2007                         MICHAEL J. GARCIA
                                               United States Attorney for the
                                               Southern District of New York
                                               Attorney for Plaintiff

                                    By: _____
                                         KATHLEEN A. ZEBROWSKI
                                         Assistant United States Attorney
                                         86 Chambers Street
                                         New York, New York 10007
                                         Telephone: (212) 637-2710

So Ordered:

_____
UNITED STATES DISTRICT JUDGE

9/4/07